BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-1940
  Fax:  (916) 324-5205

Attorneys for Respondents
SA2006301234

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD BULPITT,** | NO. 2:06-cv-00566-MCE-GGH |
| Petitioner, | **STIPULATION AND ORDER EXTENDING TIME FOR RESPONDENT TO FILE A RESPONSE TO PETITION FOR A WRIT OF HABEAS CORPUS** |
| v. | |
| **KATHY MENDOZA-POWERS,** | |
| Respondent. | |

      The parties hereby stipulate to a 30-day extension of time for Respondent to file a response to the Petition for Writ of Habeas Corpus.

      The basis of this request is that Respondent has not yet received the documents necessary to file an appropriate response to the Petition.  This case was received by the Attorney General's Office in Sacramento on April 10, 2006.  On the same day, a case file was opened and assigned to Maria G. Chan, Deputy Attorney General.

      On April 11, 2006, relevant documents were requested from Petitioner's prison file.  Those documents have not yet been received by this office.  This office also requested the lower

1  court orders relating to this matter. As of this date, no orders have been received. As a result,
2  Respondent is unable to properly address the issues raised in the petition.
3       For these reasons, the parties stipulate to a 30-day extension of time for Respondent to
4  file a response to the Petition for a Writ of Habeas Corpus. Given that Petitioner's claim is one
5  of excessive confinement and entitled to parole, however, he remains anxious for timely
6  resolution of it and his stipulation here should not be taken for tolerance of Respondent's delay.
7       **IT IS SO STIPULATED.**

9  Dated:   May 10, 2006           */s/ Maria G. Chan*
10                                  MARIA G. CHAN
                                    Deputy Attorney General
11                                  Attorney for Respondent

13  Dated:   May 10, 2006           */s/ Michael Satris*
14
                                    MICHAEL SATRIS
15                                  Attorney for Petitioner

18       Respondent's response is due June 9, 2006.
19       **IT IS SO ORDERED.**

21  Dated: 5/23/06                   /s/ Gregory G. Hollows
22                                   GREGORY G. HOLLOWS
                                     U.S. Magistrate Judge

bul566.eot.wpd

*Stip. and [Proposed] Order Extending Time for Respondent to File a Response to Petition for Writ of Habeas Corpus*

2